# EXHIBIT E

# Blacker, Andrew

| | |
|---|---|
| **From:** | Heskin, Shane |
| **Sent:** | Sunday, February 13, 2022 4:26 PM |
| **To:** | Blacker, Andrew |
| **Subject:** | FW: ATTORNEY CLIENT COMMUNICATION - FW: TD Bank Accounts |
| **Attachments:** | K2D10-278_missing_check_05142021.png; K2D10-278_missing_check_2_05142021.png; Office Depot Scan.pdf; TD Bank Wire.pdf |
| **Importance:** | High |

**From:** Maria Fernandez <mfernandez@ftenet.com>
**Date:** Thursday, Feb 10, 2022, 9:50 PM
**To:** Heskin, Shane <heskins@whiteandwilliams.com>
**Cc:** mbeys@blmllp.com <mbeys@blmllp.com>
**Subject:** ATTORNEY CLIENT COMMUNICATION - FW: TD Bank Accounts

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.



Regards,

Maria G. Fernandez
Corporate Counsel
**FTE Networks, Inc.**
**US Home Rentals LLC**
237 West 35th Street, Suite 806
New York, NY 10001
mfernandez@ftenet.com
(214) 354-6692

**FTE**Networks

*CONFIDENTIALITY NOTICE: The information in this email may be confidential and/or privileged. This email is intended to be reviewed only by the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.  Thank-you.*

**From:** Maria Fernandez
**Sent:** Tuesday, May 18, 2021 3:24 PM
**To:** Alex Szkaradek <alex@schealthspv.com>
**Cc:** Michael Beys <mbeys@blmllp.com>; Stephen Goodwin <sgoodwin@ftenet.com>; Peter Ghishan <peter@cpnv.com>; Joseph Cunningham <jfc@libertymac.com>; Ernest Scheidemann <escheidemann@ftenet.com>

**Subject:** RE: TD Bank Accounts
**Importance:** High

Alex,

Per our call earlier, attached is a copy of the consumer check that was deposited into the TD Bank Account (which corresponds with the account held at TD Bank in the name of Kaja Holdings on pg. 2 of the first PDF).

To be clear, we are not requesting access to Fix Pad bank accounts—we are only asking for access to the accounts that bear the name of the various entities USHR acquired. We need to control these accounts as a matter of good corporate governance and, in particular, to (1) tie out all the various FixPads transactions that have occurred to date; (2) reconcile what we show as DLP/DSV payments in respect of FixPad properties; and (3) account for any and all consumer monies that have been deposited into these accounts.

Based on my discussions with Finance, I can't stress how important it is that USHR/FTE is granted unfettered access to these accounts. I would appreciate it if you could help us close this gap as soon as possible.

Regards,

Maria G. Fernandez
Corporate Counsel
**FTE Networks, Inc. (FTNW)**
237 West 35th Street, Suite 806
New York, NY 10001
mfernandez@ftenet.com
(214) 354-6692

**FTE**Networks

*CONFIDENTIALITY NOTICE: The information in this email may be confidential and/or privileged. This email is intended to be reviewed only by the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions. Thank-you.*

**From:** Maria Fernandez
**Sent:** Thursday, May 6, 2021 10:20 AM
**To:** Alex Szkaradek <alex@schealthspv.com>
**Cc:** Michael Beys <mbeys@blmllp.com>; Stephen Goodwin <sgoodwin@ftenet.com>; Peter Ghishan <peter@cpnv.com>; Joseph Cunningham <jfc@libertymac.com>; Ernest Scheidemann <escheidemann@ftenet.com>
**Subject:** RE: TD Bank Accounts

Thanks, Alex.

My point is that now that we are aware of these bank accounts, we (FTE/USHR) need visibility into them, particularly if we are ever going to finish reconciling debt paydowns and the like. Can you facilitate that?

Regards,

Maria G. Fernandez
Corporate Counsel
**FTE Networks, Inc. (FTNW)**
237 West 35th Street, Suite 806
New York, NY 10001
mfernandez@ftenet.com
(214) 354-6692

2

**FTE**Networks

*CONFIDENTIALITY NOTICE: The information in this email may be confidential and/or privileged. This email is intended to be reviewed only by the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions. Thank-you.*

**From:** Alex Szkaradek <alex@schealthspv.com>
**Sent:** Thursday, May 6, 2021 9:55 AM
**To:** Maria Fernandez <mfernandez@ftenet.com>
**Cc:** Michael Beys <mbeys@blmllp.com>; Stephen Goodwin <sgoodwin@ftenet.com>; Peter Ghishan <peter@cpnv.com>; Joseph Cunningham <jfc@libertymac.com>
**Subject:** Re: TD Bank Accounts

Maria

This all in reference to the DLP mortgaged homes that are all owned by fixpads NOT USHR.

The issue is DLP has a first mortgage lien on assets that Fixpads owns but is not on the deed. The deed cannot be transferred from DSV/Kaja/USHR related entities because USHR has not paid off its obligations thus forcing me to pay them off. We have been doing this now for 16 months and everyone is aware of this.

This is again why I have been harping on the deed issue for months to get resolved. The DLP mortageged deeds cannot be transferred without debt payoff. All of these homes are acconted for and been disclosed in emails to the board and were part of the updated agreement we signed 4 weeks ago.

Happy to get on a call to discuss.

On Thu, May 6, 2021, 9:24 AM Maria Fernandez <mfernandez@ftenet.com> wrote:
> Alex,
>
> I received a call from a representative at TD Bank following my inquiry into certain bank statements (attached) that Jayne came across when she visited the South Carolina office. There is statement as recent as March 2021 (attached).
>
> FTE/USHR was not aware that it had a TD Bank account, much less that several accounts had been opened in the name of its LLC's, hence my call eliciting more information and requesting access to these accounts. I was told by Barbara (investigator) that she had received an email from you clearing up the matter and that these accounts should remain open. Unfortunately, she wasn't authorized to share any additional information with me because I am not an authorized person on these accounts (to my knowledge, no one at FTE/USHR is). What exactly happened here?
>
> I think it goes without saying that this is a breach of our internal controls. FTE/USHR's finance team needs visibility into these accounts and control of same immediately. Please add Ernie or Jayne to the accounts that pertain to the LLC's USHR acquired so that Finance can begin reconciling these statements and transition signing authority to USHR.
>
> Regards,
>
> Maria G. Fernandez
> Corporate Counsel
> **FTE Networks, Inc. (FTNW)**
> 237 West 35th Street, Suite 806
> New York, NY 10001
> mfernandez@ftenet.com
> (214) 354-6692

3



*CONFIDENTIALITY NOTICE: The information in this email may be confidential and/or privileged. This email is intended to be reviewed only by the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.  Thank-you.*



**TD Bank**
**America's Most Convenient Bank®**
1701 Route 70 East
Cherry Hill, NJ 08034-5400
T 888 751 9000

tdbank.com

DSV SPV 1 LLC
PO BOX 488
COLUMBIA, SC.  29202

Saturday, November 14, 2020

## Notice of Hold / Delayed Availability

ACCOUNT NUMBER:      ████████8009
DATE OF DEPOSIT:     11/13/2020
AMOUNT OF ITEM:      $65,287.46
CHECK NUMBER:        0

At TD Bank we are committed to protecting your accounts. We are writing to let you know we have delayed availability of funds from your deposit as account information indicates that the check may not be paid.

Although we try our best to make sure your funds are available as soon as possible, sometimes we need to place a hold on a deposit(s). Rest assured, your funds will be available no later than six business days after the deposit is made, unless we are notified of a returned check.

If you did not receive a delayed availability notice at the time of the deposit and your check was paid, we will refund any overdraft or returned check fees as a result of the additional delay in the availability of your funds. To obtain a refund of any fees incurred if the deposited check has been paid, please contact your local TD Bank.

We are here for you

We are sorry for the inconvenience, and appreciate your patience. If you have any questions, please call us anytime at 1-888-751-9000.

Sincerely,

TD Bank Fraud Operations



**TD Bank**
**America's Most Convenient Bank®**
1701 Route 70 East
Cherry Hill, NJ 08034-5400
T 888 751 9000

tdbank.com

KAJA HOLDINGS 2 LLC
PO BOX 488
COLUMBIA, SC.  29202

Tuesday, November 17, 2020

### Notice of Hold / Delayed Availability

ACCOUNT NUMBER:    ████8025
DATE OF DEPOSIT:   11/16/2020
AMOUNT OF ITEM:    $59,928.02
CHECK NUMBER:      0

At TD Bank we are committed to protecting your accounts. We are writing to let you know we have delayed availability of funds from your deposit as account information indicates that the check may not be paid.

Although we try our best to make sure your funds are available as soon as possible, sometimes we need to place a hold on a deposit(s). Rest assured, your funds will be available no later than six business days after the deposit is made, unless we are notified of a returned check.

If you did not receive a delayed availability notice at the time of the deposit and your check was paid, we will refund any overdraft or returned check fees as a result of the additional delay in the availability of your funds. To obtain a refund of any fees incurred if the deposited check has been paid, please contact your local TD Bank.

We are here for you

We are sorry for the inconvenience, and appreciate your patience. If you have any questions, please call us anytime at 1-888-751-9000.

Sincerely,

TD Bank Fraud Operations



**TD Bank**
**America's Most Convenient Bank®**
1701 Route 70 East
Cherry Hill, NJ 08034-5400
T 888 751 9000

tdbank.com

KAJA HOLDINGS 2 LLC
PO BOX 488
COLUMBIA, SC.  29202

Saturday, February 6, 2021

## Notice of Hold / Delayed Availability

ACCOUNT NUMBER:  ████████8025
DATE OF DEPOSIT:  2/5/2021
AMOUNT OF ITEM:  $3,194.87
CHECK NUMBER:  0

At TD Bank we are committed to protecting your accounts. We are writing to let you know we have delayed availability of funds from your deposit as account information indicates that the check may not be paid.

Although we try our best to make sure your funds are available as soon as possible, sometimes we need to place a hold on a deposit(s). Rest assured, your funds will be available no later than six business days after the deposit is made, unless we are notified of a returned check.

If you did not receive a delayed availability notice at the time of the deposit and your check was paid, we will refund any overdraft or returned check fees as a result of the additional delay in the availability of your funds. To obtain a refund of any fees incurred if the deposited check has been paid, please contact your local TD Bank.

We are here for you

We are sorry for the inconvenience, and appreciate your patience. If you have any questions, please call us anytime at 1-888-751-9000.

Sincerely,

TD  Bank Fraud Operations

**TD Bank**
America's Most Convenient Bank®

*Purchased Entity*
*18/8018019*

2
9

MB 01 004044 06573 B 11 A

ALAN INVESTMENTS III LLC
PO BOX 488
COLUMBIA, SC 29202-0000

To: ALAN INVESTMENTS III LLC

This letter serves as notification of the following Incoming Wire Transfer credited to account number **********8059 on 02/12/2021.
If you have any questions, please contact your nearest TD Bank Branch or call 1-800-YES-2000.

```
Amount:                                    $36,039.96
Beneficiary:                               ALAN INVESTMENTS III LLC
Account Number:                            **********8059
Address:                                   4668 AUGUSTA HIGHWAY
                                           LEXINGTON, SC 29073

Sender:
Bank Name:                                 SYNOVUS BANK
ABA Number:
Reference Number:                          210212163231H600
Originator Bank:
Address:
By Order Of:                               VAUGHT LAW OFFICE LLC
Address:                                   IOLTA/IOTA ACCOUNT
                                           6416 BRADLEY PARK DR SUITE B
                                           COLUMBUS, GA 31904-0000
Receiver Bank Name:                        TD BANK NA
ABA Number:
FRB Incoming Confirmation Number:          20210212C1B76E1C00860902121632FT01
Reference for Beneficiary:
Originator to Beneficiary: SALE OF 2420 BRUCE AVENUE      COLUMBUS
   , GA
Bank to Bank Information:
Miscellaneous Information:
```

THANK YOU FOR CHOOSING TD BANK.

Page 01

Member FDIC  TD Bank, N.A.



2 9

MB 01 004507 43031 E 12 A

ALAN INVESTMENTS III LLC
PO BOX 488
COLUMBIA, SC 29202-0000

To: ALAN INVESTMENTS III LLC

This letter serves as notification of the following Outgoing Wire Transfer debited to your account number **********8059 on 12/07/2020. If you have any questions, please contact your nearest TD Bank Branch or call 1-800-YES-2000.

```
Amount:                                $15,000.00
Beneficiary:                           Fix Pads LLC
Account Number:                        **********1027
Address:                               16 Berryhill Road
                                       Columbia SC 29210
Sender Bank Name:                      TD BANK
ABA Number:
FRB Outgoing Confirmation Number:      20201207C1B76E1C006401
Reference Number:                      201207140014H100
By Order Of:                           ALAN INVESTMENTS III LLC
Account Number:                        **********8059
Address:                               PO BOX 488
                                       LEXINGTON
                                       SC USA 29073
Receiver Bank Name:                    BANK OF AMERICA, N
ABA Number:
Originator Bank:
Account Number:
Address:
Reference for Beneficiary:
Originator to Beneficiary:
Bank to Bank Information:
Miscellaneous Information:
```

THANK YOU FOR CHOOSING TD BANK.

Page 01

Member FDIC   TD Bank, N.A.



**TD Bank**
America's Most Convenient Bank®

29

MB 01 005137 67770 B 12 C

ALAN INVESTMENTS III LLC
PO BOX 488
COLUMBIA, SC 29202-0000

To: ALAN INVESTMENTS III LLC

This letter serves as notification of the following Outgoing Wire Transfer debited to your account number **********8059 on 01/04/2021. If you have any questions, please contact your nearest TD Bank Branch or call 1-800-YES-2000.

```
Amount:                                $34,225.20
Beneficiary:                           Fix Pads LLC
Account Number:                        **********1027
Address:                               16 Berryhill Road
                                       Columbia SC 29210
Sender Bank Name:                      TD BANK
ABA Number:
FRB Outgoing Confirmation Number:      20210104C1B76E1C001649
Reference Number:                      210104090129H100
By Order Of:                           ALAN INVESTMENTS III LLC
Account Number:                        **********8059
Address:                               PO BOX 488
                                       LEXINGTON
                                       SC USA 29073
Receiver Bank Name:                    BANK OF AMERICA, N
ABA Number:
Originator Bank:
Account Number:
Address:
Reference for Beneficiary:
Originator to Beneficiary:
Bank to Bank Information:
Miscellaneous Information:
```

THANK YOU FOR CHOOSING TD BANK.

Page 01

Member FDIC  TD Bank, N.A.



**Bank**

America's Most Convenient Bank®

2
9

MB 01 004206 47779 E 12 A

ALAN INVESTMENTS III LLC
PO BOX 488
COLUMBIA, SC 29202-0000

To: ALAN INVESTMENTS III LLC

This letter serves as notification of the following Outgoing Wire Transfer debited to your account number **********8059 on 12/11/2020. If you have any questions, please contact your nearest TD Bank Branch or call 1-800-YES-2000.

| | |
|---|---|
| Amount: | $96,992.47 |
| Beneficiary: | Fix Pads Llc |
| Account Number: | **********1027 |
| Address: | 16 BERRYHILL RD |
| | SUITE 200 |
| | COLUMBIASC |
| Sender Bank Name: | TD BANK |
| ABA Number: | |
| FRB Outgoing Confirmation Number: | 20201211C1B76E1C003612 |
| Reference Number: | 201211123538XI01 |
| By Order Of: | ALAN INVESTMENTS III LLC |
| Account Number: | **********8059 |
| Address: | PO BOX 488 |
| | COLUMBIA, SC 29202-0000 |
| Receiver Bank Name: | BANK OF AMERICA, N |
| ABA Number: | |
| Originator Bank: | |
| Account Number: | |
| Address: | |
| Reference for Beneficiary: | PJBH-BW7MX9 |
| Originator to Beneficiary: | |
| Bank to Bank Information: | |
| Miscellaneous Information: | |

THANK YOU FOR CHOOSING TD BANK.

Page 01

Member FDIC  TD Bank, N.A.

# TD Bank
America's Most Convenient Bank®

2 9

MB 01 003853 46665 E 12 A

ALAN INVESTMENTS III LLC
PO BOX 488
COLUMBIA, SC 29202-0000

To: ALAN INVESTMENTS III LLC

This letter serves as notification of the following Outgoing Wire Transfer debited to your account number **********8059 on 12/10/2020.
If you have any questions, please contact your nearest TD Bank Branch or call 1-800-YES-2000.

| | |
|---|---|
| Amount: | $1,500.00 |
| Beneficiary: | Fix Pads LLC |
| Account Number: | **********1027 |
| Address: | 16 Berryhill Road |
| | Columbia SC 29210 |
| Sender Bank Name: | TD BANK |
| ABA Number: | |
| FRB Outgoing Confirmation Number: | 20201210C1B76E1C004647 |
| Reference Number: | 201210150039H101 |
| By Order Of: | ALAN INVESTMENTS III LLC |
| Account Number: | **********8059 |
| Address: | PO BOX 488 |
| | LEXINGTON |
| | SC USA 29073 |
| Receiver Bank Name: | BANK OF AMERICA, N |
| ABA Number: | |
| Originator Bank: | |
| Account Number: | |
| Address: | |
| Reference for Beneficiary: | |
| Originator to Beneficiary: | |
| Bank to Bank Information: | |
| Miscellaneous Information: | |

THANK YOU FOR CHOOSING TD BANK.

Page 01

Member FDIC  TD Bank, N.A.



**TD Bank**
America's Most Convenient Bank®

2 9

MB 01 003852 46665 E 12 A

ALAN INVESTMENTS III LLC
PO BOX 488
COLUMBIA, SC 29202-0000

To: ALAN INVESTMENTS III LLC

This letter serves as notification of the following Incoming Wire Transfer credited to account number **********8059 on 12/10/2020.
If you have any questions, please contact your nearest TD Bank Branch or call 1-800-YES-2000.

```
Amount:                                        $101,473.87
Beneficiary:                                   ALAN INVESTMENTS III LLC
Account Number:                                **********8059
Address:
Sender:
Bank Name:                                     FIRST CITIZENS BK
ABA Number:
Reference Number:                              201210090759H601
Originator Bank:
Address:
By Order Of:                                   DARRYL HOLLAND ATTY
Address:                                       722 E MCBEE AVE
                                               GREENVILLE, SC 29601-3027
Receiver Bank Name:                            TD BANK, NA
ABA Number:
FRB Incoming Confirmation Number:              20201210C1B76E1C00217512100909FT01
Reference for Beneficiary:
Originator to Beneficiary: 109 BREANNA DR.                              PROCEEDS
    FROM SALE
Bank to Bank Information:
Miscellaneous Information:
```

THANK YOU FOR CHOOSING TD BANK.

Page 01

Member FDIC  TD Bank, N.A.



**America's Most Convenient Bank®**

MB 01 005504 09457 E 13 A

DSV SPV2 LLC
PO BOX 488
COLUMBIA, SC 29202-0000

To: DSV SPV2 LLC

This letter serves as notification of the following Outgoing Wire Transfer debited to your account number **********8372 on 02/16/2021. If you have any questions, please contact your nearest TD Bank Branch or call 1-800-YES-2000.

```
Amount:                                  $100,000.00
Beneficiary:                             Fix Pads LLC
Account Number:                          **********1027
Address:                                 16 Berryhill Road
                                         Columbia SC 29210
Sender Bank Name:                        TD BANK
ABA Number:
FRB Outgoing Confirmation Number:        20210216C1B76E1C002427
Reference Number:                        210216090303H100
By Order Of:                             DSV SPV2 LLC
Account Number:                          **********8372
Address:                                 PO BOX 488
                                         LEXINGTON
                                         SC USA 29073
Receiver Bank Name:                      BANK OF AMERICA, N
ABA Number:
Originator Bank:
Account Number:
Address:
Reference for Beneficiary:
Originator to Beneficiary:
Bank to Bank Information:
Miscellaneous Information:
```

THANK YOU FOR CHOOSING TD BANK.

Page 01

Member FDIC   TD Bank, N.A.


America's Most Convenient Bank®

MB 01 004043 06573 B 11 A

DSV SPV2 LLC
PO BOX 488
COLUMBIA, SC 29202-0000

To: DSV SPV2 LLC

This letter serves as notification of the following Incoming Wire Transfer credited to account number **********8372 on 02/12/2021.
If you have any questions, please contact your nearest TD Bank Branch or call 1-800-YES-2000.

```
Amount:                                    $80,360.70
Beneficiary:                               DSV SPV2 LLC
Account Number:                            **********8372
Address:                                   4668 AUGUSTA HIGHWAY
                                           LEXINGTON, SC   29073
Sender:
Bank Name:                                 CENTENNIAL BANK
ABA Number:
Reference Number:                          20210212CM000027
Originator Bank:
Address:
By Order Of:                               NORTH FLORIDA TITLE COMPANY
Address:                                   1624 VILLAGE SQUARE BLVD STE 202
                                           TALLAHASSEE FL 32309
Receiver Bank Name:                        TD BANK, NA
ABA Number:
FRB Incoming Confirmation Number:          20210212C1B76E1C00259302120936FT01
Reference for Beneficiary:
Originator to Beneficiary: APPLY FUNDS TO ACCT. #        8372
Bank to Bank Information:
Miscellaneous Information:
```

THANK YOU FOR CHOOSING TD BANK.

Page 01

Member FDIC  TD Bank, N.A.



**TD Bank**
America's Most Convenient Bank®

2
9

MB 01 003752 95796 E 11 A

DSV SPV2 LLC
16 BERRYHILL RD
COLUMBIA, SC 29210-0000

To: DSV SPV2 LLC

This letter serves as notification of the following Outgoing Wire Transfer debited to your account number **********8372 on 02/02/2021. If you have any questions, please contact your nearest TD Bank Branch or call 1-800-YES-2000.

```
Amount:                                  $23,392.01
Beneficiary:                             Fix Pads LLC
Account Number:                          **********1027
Address:                                 16 Berryhill Road
                                         Columbia SC 29210

Sender Bank Name:                        TD BANK
ABA Number:
FRB Outgoing Confirmation Number:        20210202C1B76E1C000775
Reference Number:                        210202090052H100
By Order Of:                             DSV SPV2 LLC
Account Number:                          **********8372
Address:                                 16 BERRYHILL RD
                                         LEXINGTON
                                         SC USA 29073

Receiver Bank Name:                      BANK OF AMERICA, N
ABA Number:
Originator Bank:
Account Number:
Address:
Reference for Beneficiary:
Originator to Beneficiary:
Bank to Bank Information:
Miscellaneous Information:
```

THANK YOU FOR CHOOSING TD BANK.

Page 01

Member FDIC  TD Bank, N.A.

12/80/2019 - FTE



**America's Most Convenient Bank®**

2
9

MB 01 003591 10884 E 11 A

||·|··||··|·|·|||·|··|·|··|·|·|||··|····||·||·|···||·|·|·|||||||·|·||

DSV SPV3 LLC
PO BOX 488
COLUMBIA, SC 29202-0000

003591 1/1

To: DSV SPV3 LLC

This letter serves as notification of the following Outgoing Wire Transfer
debited to your account number **********8124 on 02/17/2021.
If you have any questions, please contact your nearest TD Bank Branch
or call 1-800-YES-2000.

```
Amount:                                  $88,493.91
Beneficiary:                             Fix Pads LLC
Account Number:                          **********1027
Address:                                 16 Berryhill Road
                                         Columbia SC 29210
Sender Bank Name:                        TD BANK
ABA Number:
FRB Outgoing Confirmation Number:        20210217C1B76E1C001099
Reference Number:                        210217090041H100
By Order Of:                             DSV SPV3 LLC
Account Number:                          **********8124
Address:                                 PO BOX 488
                                         LEXINGTON
                                         SC USA 29073
Receiver Bank Name:                      BANK OF AMERICA, N
ABA Number:
Originator Bank:
Account Number:
Address:
Reference for Beneficiary:
Originator to Beneficiary:
Bank to Bank Information:
Miscellaneous Information:
```

THANK YOU FOR CHOOSING TD BANK.

Page 01

Member FDIC   TD Bank, N.A.


**Bank**
America's Most Convenient Bank®

2
9

MB 01 005503 09457 E 13 A

DSV SPV3 LLC
PO BOX 488
COLUMBIA, SC 29202-0000

To: DSV SPV3 LLC

This letter serves as notification of the following Incoming Wire Transfer credited to account number **********8124 on 02/16/2021.
If you have any questions, please contact your nearest TD Bank Branch or call 1-800-YES-2000.

```
Amount:                                  $72,198.25
Beneficiary:                             DSV SPV3 LLC
Account Number:                          **********8124
Address:                                 -
                                         -

Sender:
Bank Name:                               TOWNEBANK
ABA Number:
Reference Number:                        1651650830
Originator Bank:
Address:
By Order Of:                             PRIORITY TITLE & ESCROW LLC
Address:                                 641 LYNNHAVEN PARKWAY
                                         SUITE 200
                                         VIRGINIA BEACH VA 23452
Receiver Bank Name:                      TD BANK, NA
ABA Number:
FRB Incoming Confirmation Number:        20210216C1B76E1C00793902161234FT01
Reference for Beneficiary:
Originator to Beneficiary: PROCEEDS FOR 2125 CARRSVILLE HIGHWAY FRANKL
     IN VA 23851 (THE HUNT FAMILY TRUST, DSV SPV3, LLC ) FILE        5969
Bank to Bank Information:
Miscellaneous Information:
```

THANK YOU FOR CHOOSING TD BANK.

Page 01

Member FDIC  TD Bank, N.A.



MB 01 004506 43031 E 12 A

DSV SPV3 LLC
PO BOX 488
COLUMBIA, SC 29202-0000

To: DSV SPV3 LLC

This letter serves as notification of the following Outgoing Wire Transfer debited to your account number **********8124 on 12/07/2020.
If you have any questions, please contact your nearest TD Bank Branch or call 1-800-YES-2000.

```
Amount:                                  $46,237.41
Beneficiary:                             Fix Pads Llc
Account Number:                          **********1027
Address:                                 16 Berryhill Road #200
                                         ColumbiaSC
Sender Bank Name:                        TD BANK
ABA Number:
FRB Outgoing Confirmation Number:        20201207C1B76E1C000299
Reference Number:                        201207080457XI02
By Order Of:                             DSV SPV3 LLC
Account Number:                          **********8124
Address:                                 PO BOX 488
                                         COLUMBIA, SC 29202-0000
Receiver Bank Name:                      BANK OF AMERICA, N
ABA Number:
Originator Bank:
Account Number:
Address:
Reference for Beneficiary:               CANN-BVYUYW
Originator to Beneficiary:
Bank to Bank Information:
Miscellaneous Information:
```

THANK YOU FOR CHOOSING TD BANK.

Page 01

Member FDIC  TD Bank, N.A.