IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

FTE NETWORKS, INC.

Plaintiff,

v.

ALEXANDER SZKARADEK, et al.

Defendants.
_____

: : : : : : : : : :

Case No. 1:22-cv-00785-UNA

## MOTION TO INTERVENE ON BEHALF OF MOVANT, FIRST CAPITAL REAL ESTATE TRUST, INC.

First Capital Real Estate Trust, Inc. ("FC REIT") hereby moves this Court for an Order granting FC REIT's Motion to Intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure in the above-titled action. The grounds for this motion are presented in the accompanying brief.

WHEREFORE, FC REIT respectfully requests that the Court grant this motion and entered the proposed order attached hereto.

1

Dated: July 14, 2022                    STEVENS & LEE, P.C.


                                         By: /s/ *Stacey A. Scrivani*
                                             Stacey A. Scrivani, Esq. (6129)
                                             919 N. Market Street
                                             Wilmington, DE 19801
                                             Ph: (302) 425-3306
                                             Stacey.scrivani@stevenslee.com

                                             Of Counsel:
                                             Gary R. Jones, Esq.
                                             (*Pro Hac Vice* application forthcoming)
                                             Danielle M. Vranian, Esq.
                                             (*Pro Hac Vice* application forthcoming)

                                             BAXTER, BAKER, SIDLE, CONN & JONES, P.A.

                                             *Attorneys for Proposed Defendant-Intervenor First Capital Real Estate Trust, Inc.*