IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

FTE NETWORKS, INC.

           Plaintiff,

v.    :    Case No. 1:22-cv-00785-UNA

ALEXANDER SZKARADEK, et al.

           Defendants.

_____

**PROPOSED ORDER GRANTING MOTION TO INTERVENE**

    Upon consideration of the Motion to Intervene filed by First Capital Real Estate Trust, Inc. to intervene as a Defendant in this action and any opposition thereto, it is hereby

    ORDERED that the motion is GRANTED; and it is further

    ORDERED that the Intervenor Defendant may intervene in this matter pursuant to Fed. R. Civ. P. 24; and it is further

    ORDERED that the Intervenor Defendant shall file its Answer to the Complaint within 10 days of the date of this Order.


Dated:_____, 2022           _____
                                                                        Norieka, J.

SL1 1795263v1 116689.00001