# **APPENDIX**

Table of Contents

*Document*                                                                                                          *Record Location*

Certificate issued by the State of Maryland, Department of Assessments and Taxation ..............1b

# Exhibit "A"

# STATE OF MARYLAND
## Department of Assessments and Taxation

I, MICHAEL L. HIGGS OF THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION OF THE STATE OF MARYLAND, DO HEREBY CERTIFY THAT THE DEPARTMENT, BY LAWS OF THE STATE, IS THE CUSTODIAN OF THE RECORDS OF THIS STATE RELATING TO THE FORFEITURE OR SUSPENSION OF CORPORATIONS, OR THE RIGHTS OF CORPORATIONS TO TRANSACT BUSINESS IN THIS STATE, AND THAT I AM THE PROPER OFFICER TO EXECUTE THIS CERTIFICATE.

I FURTHER CERTIFY THAT FIRST CAPITAL REAL ESTATE TRUST INCORPORATED (D14372825) , A MARYLAND CORPORATION, IS NOT IN GOOD STANDING WITH THIS DEPARTMENT FOR THE FOLLOWING REASONS:

THE CORPORATION WAS FORFEITED BY THIS DEPARTMENT ON OCTOBER 15, 2021.

IN WITNESS WHEREOF, I HAVE HEREUNTO SUBSCRIBED MY SIGNATURE AND AFFIXED THE SEAL OF THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION OF MARYLAND AT BALTIMORE ON THIS MAY 11, 2022.

Michael L. Higgs
Director



*301 West Preston Street, Baltimore, Maryland 21201*
*Telephone Baltimore Metro (410) 767-1340 / Outside Baltimore Metro (888) 246-5941*
*MRS (Maryland Relay Service) (800) 735-2258 TT/Voice*

Online Certificate Authentication Code: V-irRsaKHk6NQx0owDJm1w
To verify the Authentication Code, visit http://dat.maryland.gov/verify

1b