# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| FTE NETWORKS, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALEXANDER SZKARADEK, et al.<br><br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:   Case No. 1:22-cv-00785-MN<br>:<br>:<br>:<br>: |

### AFFIDAVIT OF RICHARD LEIDER

I, Richard Leider, hereby state and affirm as follows:

1. I am over the age of eighteen (18) years and competent to testify.

2. The following is based upon my personal knowledge.

3. At all times relevant to this action, I have been a Member of the Board of the First Capital Real Estate Trust, Inc. ("FC REIT").

4. The Board of FC REIT authorized the filing of a Motion to Intervene in the Delaware action for the purpose of obtaining assets belonging to the FC REIT.

5. Obtaining the assets of FC REIT is a necessary step in the process of winding up the operations.

I SOLEMLY AFFIRM under the penalties of perjury that the contents of the foregoing Affidavit are true and correct.

_____08/04/2022_____　　　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　　Richard Leider