# EXHIBIT A

29652796v.1

## Farley, Vicki

| | |
|---|---|
| **From:** | Virginia Guldi <vguldi@lambmcerlane.com> |
| **Sent:** | Tuesday, September 27, 2022 3:47 PM |
| **To:** | Blacker, Andrew |
| **Cc:** | Joel Frank; John Cunningham; Guy Donatelli |
| **Subject:** | RE: FTE Networks, Inc. v. Alexander and Antoni Szkaradeks - Case No. 1:22-cv-00785 [WWLLP-PHLDMS1.FID3586918] |

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Drew,

I am confirming that we have stipulated to FTE's amendment of the Answer filed yesterday to include the omitted affirmative defenses.

Best regards,
Virginia

**Virginia Whitehill Guldi**
*Senior Associate*

**Direct:** 610.701.4408
**Main:** 610.430.8000
**Fax:** 610.692.0877
24 E. Market St. PO Box 565
West Chester, PA 19381
www.lambmcerlane.com



West Chester | Philadelphia | Newtown Square

---

**From:** Blacker, Andrew <Blackera@whiteandwilliams.com>
**Sent:** Tuesday, September 27, 2022 3:42 PM
**To:** Virginia Guldi <vguldi@lambmcerlane.com>
**Cc:** Heskin, Shane <heskins@whiteandwilliams.com>; Martin, Timothy <Martint@whiteandwilliams.com>
**Subject:** FTE Networks, Inc. v. Alexander and Antoni Szkaradeks - Case No. 1:22-cv-00785 [WWLLP-PHLDMS1.FID3586918]

Hi Virginia,

It was nice speaking with you.  Please confirm that you have no objection to FTE amending its Answer to the Counterclaims of the Szkaradeks to include Affirmative Defenses to same.

Should you have any questions or concerns, please do not hesitate to contact me.

Thank you!



**Andrew L. Blacker**

1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6841 | Fax 215.789.7506
blackera@whiteandwilliams.com | whiteandwilliams.com

**Confidentiality Notice:** This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.


This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at 610.430.8000 or notify us by e-mail at info@lambmcerlane.com.