IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FTE NETWORKS, INC.<br><br>               Plaintiff,<br><br>    v.<br><br>ALEXANDER SZKARADEK, et al.<br><br>              Defendants. | :<br>:<br>:<br>:<br>:   Case No. 1:22-cv-00785-MN<br>:<br>:<br>:<br>:<br>: |

**INTERVENOR FC REIT'S VOLUNTARILY DISMISSAL
WITHOUT PREJUDICE PURSUANT TO F.R.C.P 41**

In accordance with F.R.C.P 41 (a)(1)(A)(i) and (c), Intervenor FC REIT voluntarily dismisses without prejudice the claim asserted in its granted (D.I. 28) Motion to Intervene (D.I. 6) seeking to protect its property rights to 11,031,688 FTE Networks, Inc. shares. Dismissal is appropriate because no evidence has yet been presented at any hearing or trial.

Dated: December 6, 2022          STEVENS & LEE, P.C.

                                                  By: */s/ Stacey A. Scrivani*
                                                        Stacey A. Scrivani (6129)
                                                        919 N. Market Street
                                                        Suite 1300
                                                        Wilmington, DE 19801

                                                        Of Counsel:
                                                        Gary R. Jones
                                                        Danielle M. Vranian

                                                        BAXTER, BAKER, SIDLE, CONN & JONES, P.A.

                                                        *Attorneys for Proposed Defendant-Intervenor First Capital Real Estate Trust, Inc.*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of December 2022, a copy of the Intervenor FC REIT's Voluntarily Dismissal Without Prejudice Pursuant to F.R.C.P 41 was filed electronically via ECF to:

>Joseph J. Bellew, Esquire
>White and Williams LLP
>600 N. King Street, Suite 800
>Wilmington, DE 19801
>
>Shane R. Heskin, Esquire
>White and Williams LLP
>1650 Market Street, Suite 1800
>Philadelphia, PA 19103
>***Counsel for Plaintiff FTE Networks, Inc.***

>*/s/ Stacey A. Scrivani*
>Stacey A. Scrivani, Esq. (6129)